

**NUMBER 13-16-00360-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**AMANDA ANN GUTIERREZ,**         **Appellant,**

**v.**

**ROGELIO P. FLORES,**         **Appellee.**

---

**On appeal from the 117th District Court
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Amanda Ann Gutierrez, appealed a judgment entered by the 117th District Court of Nueces County, Texas. On July 28, 2016, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c).

Appellant has not responded to the notice from the Clerk or paid the $205.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
2nd day of September, 2016.